**INTERGRAPH HARDWARE TECH-NOLOGIES COMPANY, Plaintiff–Appellee,**

v.

**HEWLETT PACKARD COMPANY, Defendant,**

and

Gateway, Inc., Defendant–Appellant.

No. 2009–1233.

United States Court of Appeals, Federal Circuit.

March 20, 2009.

Li Chen, Sidley Austin LLP, Dallas, TX, for Defendant–Appellant.

A. James Anderson, Robins, Kaplan, Miller & Ciresi, Atlanta, GA, for Plaintiff–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).